JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDP, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NUTRILAND GROUP, INC., a California corporation, and Does 1-20,<br><br>    Defendants. | CASE No.: 2:21-cv-04621-SK<br><br>**ORDER**<br><br>(Fed.R.Civ.Proc., rule 41(a)(2) and (c); L.R. 16-15.7)<br><br>Assigned to Magistrate Judge Steve Kim |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 12/17/2021

STEVE KIM, U.S. MAGISTRATE JUDGE